UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:03CR155-V |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | <u>TO DISMISS INDICTMENT</u> |
| **(1) ARTURO DELFIN TEMIX** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: December 17, 2012

*[Signature]*

Richard L. Voorhees
United States District Judge